No. 81–1721. ALFORD ET AL. *v.* CITY OF LUBBOCK, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–1723. PANDIL *v.* ILLINOIS CENTRAL GULF RAILROAD CO. Ct. App. Iowa. Certiorari denied.

No. 81–1726. SIGER *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 81–1734. MONTAG *v.* OUTBOARD MARINE CORP. C. A. 3d Cir. Certiorari denied.

No. 81–1741. COURIER-JOURNAL ET AL. *v.* MCCALL. Sup. Ct. Ky. Certiorari denied.

No. 81–1745. TRIFA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–1751. GAY ET AL. *v.* P. K. LINDSAY CO., INC. C. A. 1st Cir. Certiorari denied.

No. 81–1754. OXMAN ET AL. *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 81–1758. SHEET METAL WORKERS' INTERNATIONAL ASSN., AFL–CIO *v.* MOBILE MECHANICAL CONTRACTORS ASSN., INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 81–1762. WOODS *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 81–1765. TOWNSHIP OF DOYLESTOWN *v.* AD WORLD, INC. C. A. 3d Cir. Certiorari denied.